[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
OCTOBER 27, 2009
THOMAS K. KAHN
CLERK

_____

No. 08-14093
Non-Argument Calendar

_____

D. C. Docket No. 07-00266-CR-KD

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MONTREZS DEJUAN LEWIS,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Alabama

_____

(October 27, 2009)

Before BLACK, PRYOR and HILL, Circuit Judges.

PER CURIAM:

Raymond A. Pierson, appointed counsel for Montrezs Dejuan Lewis, has

filed a motion to withdraw on appeal, supported by a brief prepared pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no issues of arguable merit, counsel's motion to withdraw is **GRANTED,** and Lewis's convictions and sentences are **AFFIRMED.**  Lewis's motions to proceed pro se, to terminate counsel, and for an extension of time to file a supplemental brief are **DENIED AS MOOT.**